**Electronically Filed
Supreme Court
SCWC-23-0000319
15-JUL-2026
12:33 PM
Dkt. 15 ODAC**

SCWC-23-0000319

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PHH MORTGAGE CORPORATION,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

FRANK DIAZ and OLGA V. DIAZ,
Petitioners/Defendants/Counterclaimants/
Cross-Claim Defendants-Appellants,

and

USAA FEDERAL SAVINGS BANK; THE UNITED STATES OF AMERICA;
THE STATE OF HAWAI'I; THE STATE OF HAWAI'I – DEPARTMENT OF
TAXATION; HAWAII KAI MARINA COMMUNITY ASSOCIATION;
ASSOCIATION OF APARTMENT OWNERS OF KAIMALA MARINA,
Respondents/Defendants-Appellees.

------------------

THE UNITED STATES OF AMERICA,
Respondent/Cross-Claimant-Appellee,

vs.

THE STATE OF HAWAI'I – DEPARTMENT OF TAXATION;
HAWAII KAI MARINA COMMUNITY ASSOCIATION;
ASSOCIATION OF APARTMENT OWNERS OF KAIMALA MARINA,
Respondents/Cross-Claim Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000319; CASE NO. 1CC171001566)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Souza, assigned by reason of vacancy)

Petitioners/Defendants/Counterclaimants/Cross-Claim

Defendants-Appellants Frank Diaz and Olga Diaz's application for

writ of certiorari filed on May 15, 2026, is rejected.

DATED:  Honolulu, Hawaiʻi, July 15, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin A.K. Souza